# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| DOROTHY CORRELL, an individual; IRA DOBSON, an individual,<br><br>    Plaintiffs,<br>v.<br><br>B & L FREIGHT SERVICES, L.L.C., a corporation; JESUS CASTILLO, JR., an individual,<br><br>    Defendants. | CIVIL ACTION NO.<br>**CV-06-P-0261-M** |

## STIPULATION OF DISMISSAL

COME NOW the parties, by and through their attorneys of record, and stipulate that the above-styled action may be dismissed with prejudice, with costs taxed as paid.

                                                    /s/ P. Ted Colquett
                                                    **P. TED COLQUETT**
                                                    Attorney for Defendants

**OF COUNSEL:**

**HALL, CONERLY & BOLVIG, P.C.**
1400 Financial Center
505 North 20th Street
Birmingham, Alabama 35203-2626
(205) 251-8143

                /s/ C. Carter Clay
                **C. CARTER CLAY**
                Attorney for Plaintiffs

**OF COUNSEL:**

**PITTMAN, DUTTON, KIRBY & HELLUMS, P.C.**
1100 Park Place Tower
Birmingham, Alabama 35243
Telephone (205) 322-8880